UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED – CIVIL MINUTES - GENERAL**

| Case No. | CV12-1098 GAF (JCGx) | Date | May 20, 2013 |
|---|---|---|---|
| Title | CAESAR MARROQUIN, et al. v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Pam Batalo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Daniel A. Reisman | David G. Torres-Siegrist<br>Laura E. Inlow | |

**Proceedings:**     STATUS CONFERENCE

Cause called; appearances made.

Court questions counsel about the ongoing investigation of the underlying murder case in state court. The Court has received and reviewed from defense counsel the search warrants from state court. The Court is not inclined to order that the materials be disclosed at this time and will provide defendants with additional time to complete their investigation. The Court instructs defense counsel to confer with the detectives about the possible disclosure of this material in both the civil and criminal cases. The Court is inclined to allow disclosure on an "Attorney's Eyes Only" basis.

Court continues the stay in this matter until August 5, 2013. The Court also sets a further status conference date of August 5, 2013 at 9:30 a.m.

|  | : | 13 |
|---|---|---|
| | Initials of Preparer | SMO |