JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CAESAR D. MARROQUÍN, et al.,

        Plaintiffs,

    vs.

COUNTY OF LOS ANGELES,  et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV12 1098 GAF (JCGx)
Hon. Gary A. Feess

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Action Filed:  February 13, 2012

The court has read and reviewed the stipulation between plaintiffs, by and through their attorney of record, James S. Muller, Esq., and defendants, by and through their attorneys of record, Laura E. Inlow, Esq. and David G. Torres-Siegrist, Esq., to dismiss this matter in its entirety with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

The matter is dismissed in its entirety, with prejudice, as to all defendants.

IT IS SO ORDERED.

DATED: April 25, 2014

_____
Honorable Gary A. Feess
United States District Court Judge

JS-6